**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-1041**

─────────────

JEFFREY KENT,

Plaintiff - Appellant,

versus

AMERICAN TENANT SCREEN, INCORPORATED, t/a ATS;
DANIEL STERLING, Representative; TIMOTHY
O'SULLIVAN, Representative,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
97-2838-S)

─────────────

Submitted: March 12, 1998          Decided: March 26, 1998

─────────────

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jeffrey Kent, Appellant Pro Se. Leonard C. Redmond, III, REDMOND,
BURGIN & GUTIERREZ, P.A., Baltimore, Maryland, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action alleging a violation of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681a-t (1994), and a state law claim of defamation. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Kent v. American Tenant Screen, Inc.</u>, No. CA-97-2838-S (D. Md. Dec. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>